UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORIENT TURUSTIK MAGAZACILIK SAN VE TIC LTD. STI,<br><br>Plaintiff,<br><br>v.<br><br>AYTEK USA, INC. d/b/a AYTEK RUGS; UMIT KUCUKKARACA; MUSTAFA ASLANHAN,<br><br>Defendants. | Case No. 2:22-cv-04864 |

## ENTRY OF DEFAULT JUDGMENT

## AGAINST MUSTAFA ASLANHAN

THIS MATTER comes before the Court upon Plaintiff's Motion for Default Judgment (the "Motion") against Defendants Umit Kucukkaraca and Mustafa Aslanhan ("Aslanhan"). In accordance with Fed. R. Civ. P 55, on this 27th day of January, 2026:

It is ORDERED that Plaintiff's Motion is hereby GRANTED;

It is further ORDERED that Judgment is entered in favor of Plaintiff and against defendant Aslanhan in the amount of $1,184,213, subject to post-judgment interest beginning from the date of this Order of Judgment, as follows:

- $1,015,000 in damages;
- $169,213 in pre-judgment interest; and
- ~~$_____ in taxable costs.~~

It is further **ORDERED** that post-judgment interest shall accrue on the above-referenced amount at the legal rate until the judgment is satisfied.

_____
Honorable Susan D. Wigenton
United States District Judge